**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01434-CV

**KIBROM BELAI, Appellant**

**V.**

**CLIFF'S CHECK CASHING, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04339-B**

## ORDER

We **GRANT** appellant's March 16, 2015 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on January 29, 2015 filed as of the date

of this order. Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/  ELIZABETH LANG-MIERS
     JUSTICE